UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEMAR RAYMOND MOORE,

                Plaintiff,

    -against-

DISCOVER BANK,

                Defendant.

24cv3194 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the May 28, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 28, 2024
          New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                              Chief United States District Judge